IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| Marty Hierholzer, an individual; MJL Enterprises, LLC, a Virginia corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Isabel Guzman, in her official capacity as Administrator of the Small Business Administration; Small Business Administration,<br><br>Defendants. | Civil Case No. 2:23-cv-00024-RAJ-DEM |

**SUMMONS RETURNED EXECUTED AND DECLARATION
OF SERVICE ON U.S. ATTORNEY AND U.S. GOVERNMENT DEFENDANTS**

I, BRIEN P. BARTELS, declare as follows:

I am a resident of Washington State, am not a party to the above action, am 18 years old or older, and am employed by Pacific Legal Foundation, which is headquartered in Sacramento, California. I work remotely at Tacoma, Washington.

On January 19, 2023, I served upon the following parties via U.S.P.S. Priority Mail (certified), the Complaint, Summonses, and Notice of Case Assignment and Motion Procedure, by delivering the documents in a sealed envelope with postage fully paid, to a Post Office in Tacoma, Washington.

| | |
|---|---|
| Isabel Guzman, Administrator<br>Small Business Administration<br>409 3rd Street, S.W.<br>Washington, D.C. 20416 | Tracking No. 7022 0410 0002 6780 9617 |
| Small Business Administration<br>409 3rd Street, S.W.<br>Washington, D.C. 20416 | Tracking No. 7022 0410 0002 6780 9624 |

1

On January 19, 2023, copies of the Complaint, Summonses, and Notice of Case Assignment and Motion Procedure, were served on the U.S. Attorney for the Eastern District of Virginia, via U.S.P.S. Priority Mail (certified), by delivering the documents in a sealed envelope with postage fully paid, to a Post Office in Tacoma, Washington.

U.S. Attorney Jessica Aber  
United States Attorney's Office  
c/o Civil Process Clerk  
2100 Jamieson Ave.  
Alexandria VA 22314

Tracking No. 7022 0410 0002 6780 9631

Stamped Certified Mail Receipts with tracking numbers attesting to the mailing of these documents are attached as Exhibit A.

I declare under penalty of perjury that the preceding is true and correct and that this declaration was executed this 23rd day of January, 2023, at Tacoma, Washington.

SIGNED: _____  
Brien P. Bartels  
Legal Secretary