IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

MARTY HIERHOLZER, an individual;
MJL ENTERPRISES, LLC, a Virginia
Corporation,
    *Plaintiffs*,

v.

ISABEL GUZMAN, in her official capacity
as Administrator of the Small Business
Administration; SMALL BUSINESS
ADMINSTRATION,
    *Defendants*.

Civil Action No.   2:23-cv-24

## CERTIFICATE REPORTING SERVICE

Pursuant to Local Civil Rule 4(A), Defendants hereby certify as follows:

The Office of the United States Attorney was served with process in this litigation by certified mail pursuant to Rule 4(i)(1)(A) of the Federal Rules of Civil Procedure.   The envelope containing process indicates an official postmark date of January 19, 2023. Therefore, the Defendants' answer is due on or before March 20, 2023.

Respectfully submitted,

JESSICA D. ABER
United States Attorney

By:   */s/Virginia VanValkenburg*
    Virginia VanValkenburg
    Assistant U.S. Attorney
    Virginia State Bar No. 33258
    Counsel for Defendant
    Office of the United States Attorney
    101 West Main Street, Suite 8000
    Norfolk, Virginia 23510-1671
    Telephone: (757) 441-6331
    Facsimile: (757) 441-6689
    Email: virginia.vanvalkenburg@usdoj.gov