IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| Marty Hierholzer, an individual; MJL Enterprises, LLC, a Virginia corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Isabel Guzman, in her official capacity as Administrator of the Small Business Administration; Small Business Administration,<br><br>Defendants. | Civil Case No. 2:23-cv-00024-RAJ-DEM |

**NOTICE OF SUBSTITUTION AND WITHDRAWAL**

TO THE CLERK:

Plaintiffs respectfully notify this Court of the substitution of Joshua P. Thompson as counsel for Plaintiffs and the withdrawal of Ethan W. Blevins.

Plaintiffs continue to be represented by attorneys Alison Somin and Wen Fa. An application for admission pro hac vice for Mr. Thompson has also been submitted.

DATED:  February 3, 2023.

1

Respectfully submitted,

| | |
|---|---|
| s/ Alison Somin | s/ Joshua P. Thompson |
| Alison Somin | Joshua P. Thompson** |
| Virginia Bar No. 79023 | Cal. Bar No. 250955 |
| PACIFIC LEGAL FOUNDATION | Ethan W. Blevins* |
| 3100 Clarendon Blvd., Suite 1000 | Utah Bar No. 16784 |
| Arlington, VA 22201 | Wencong Fa* |
| Telephone: (202) 888-6881 | Cal. Bar No. 301679 |
| Fax: (916) 419-7747 | PACIFIC LEGAL FOUNDATION |
| ASomin@pacificlegal.org | 555 Capitol Mall, Suite 1290 |
| | Sacramento, CA 95814 |
| | Telephone: (916) 419-7111 |
| | Fax: (916) 419-7747 |
| | JThompson@pacificlegal.org |
| | EBlevins@pacificlegal.org |
| | WFa@pacificlegal.org |

*Attorneys for Plaintiff*
\* Pro hac vice
\*\*Pro hac vice application pending

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2023, I submitted the foregoing to the Clerk of the Court via the District Court's CM/ECF system. I also caused the foregoing document to be served on the following parties by U.S. First Class Mail:

Isabel Guzman, Administrator
Small Business Administration
409 3rd Street, S.W.
Washington, D.C. 20416

Small Business Administration
409 3rd Street, S.W.
Washington, D.C. 20416

U.S. Attorney Jessica Aber
United States Attorney's Office
c/o Civil Process Clerk
2100 Jamieson Ave.
Alexandria VA 22314

                                                 s/ Alison Somin
                                                 Alison Somin
                                                 Virginia Bar No. 79023
                                                 PACIFIC LEGAL FOUNDATION
                                                 3100 Clarendon Blvd., Suite 1000
                                                 Arlington, VA 22201
                                                 Telephone: (202) 888-6881
                                                 Fax: (916) 419-7747
                                                 ASomin@pacificlegal.org

                                                 *Attorney for Plaintiffs*