IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| Marty Hierholzer, an individual; MJL Enterprises, LLC, a Virginia corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Isabel Guzman, in her official capacity as Administrator of the Small Business Administration; Small Business Administration,<br><br>Defendants. | Civil Case No. 2:23-cv-00024-RAJ-DEM |

**MOTION FOR WITHDRAWAL OF
ETHAN W. BLEVINS AS COUNSEL FOR PLAINTIFFS**

Pursuant to Local Civil Rule 83.1(H), Plaintiffs respectfully move this Court for leave of Ethan W. Blevins of Pacific Legal Foundation to withdraw as counsel for Plaintiffs.

Plaintiffs continue to be represented by attorneys Alison Somin, Joshua Thompson, and Wen Fa. An application for admission pro hac vice for Mr. Thompson was granted Feb. 6, 2023 (Dkt. 14). Plaintiffs have been notified and consent to this personnel change.

DATED:  February 8, 2023.

Respectfully submitted,

| | |
|---|---|
| s/ Alison Somin | |
| Alison Somin | Joshua P. Thompson* |
| Virginia Bar No. 79023 | Cal. Bar No. 250955 |
| PACIFIC LEGAL FOUNDATION | Ethan W. Blevins* |
| 3100 Clarendon Blvd., Suite 1000 | Utah Bar No. 16784 |
| Arlington, VA 22201 | Wencong Fa* |
| Telephone: (202) 888-6881 | Cal. Bar No. 301679 |
| Fax: (916) 419-7747 | PACIFIC LEGAL FOUNDATION |
| ASomin@pacificlegal.org | 555 Capitol Mall, Suite 1290 |
| | Sacramento, CA 95814 |
| | Telephone: (916) 419-7111 |
| | Fax: (916) 419-7747 |
| | JThompson@pacificlegal.org |
| | EBlevins@pacificlegal.org |
| | WFa@pacificlegal.org |

*Attorneys for Plaintiff*
* Pro hac vice

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2023, I submitted the foregoing to the Clerk of the Court via the District Court's CM/ECF system. I also caused the foregoing document to be served on the following parties by U.S. First Class Mail:

Isabel Guzman, Administrator
Small Business Administration
409 3rd Street, S.W.
Washington, D.C. 20416

Small Business Administration
409 3rd Street, S.W.
Washington, D.C. 20416

U.S. Attorney Jessica Aber
United States Attorney's Office
c/o Civil Process Clerk
2100 Jamieson Ave.
Alexandria VA 22314

      s/ Alison Somin
      Alison Somin
      Virginia Bar No. 79023
      PACIFIC LEGAL FOUNDATION
      3100 Clarendon Blvd., Suite 1000
      Arlington, VA 22201
      Telephone: (202) 888-6881
      Fax: (916) 419-7747
      ASomin@pacificlegal.org

      *Attorney for Plaintiffs*