IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| Marty Hierholzer, an individual; MJL Enterprises, LLC, a Virginia corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Isabel Guzman, in her official capacity as Administrator of the Small Business Administration; Small Business Administration,<br><br>Defendants. | Civil Case No. 2:23-cv-00024-RAJ-DEM |

**[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION FOR ETHAN W. BLEVINS TO WITHDRAW**

Upon consideration of the Motion for Withdrawal of Ethan W. Blevins, and finding good cause and no prejudice to any party, it is hereby

ORDERED that the motion to withdraw is GRANTED, and the clerk shall update the docket appropriately.

IT IS SO ORDERED.

DATED: _____     _____
United States District Judge