IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| **MARTY HIERHOLZER, and MJL ENTERPRISES, LLC,** *Plaintiffs*, v. **ISABEL GUZMAN,** Administrator of the Small Business Administration, and the **SMALL BUSINESS ADMINISTRATION,** *Defendants*. | Civil Action No.   2:23-cv-00024 |

## NOTICE OF APPEARANCE

Please note the undersigned's appearance as local counsel of record for Defendants Isabel Guzman and the Small Business Administration in this matter.

Respectfully submitted,

**ISABEL GUZMAN**
Administrator of the Small Business Administration
Defendant

**JESSICA D. ABER**
United States Attorney

By:   */s/ Virginia VanValkenburg*
Virginia VanValkenburg, VSB No. 33258
Assistant United States Attorney
Office of the United States Attorney
101 West Main Street, Suite 8000
Norfolk, Virginia 23510-1671
Telephone: 757.441.6331
Facsimile:   757.441.6689
Email: virginia.vanvalkenburg@usdoj.gov
*Counsel for Defendants*