AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | | |
|---|---|---|
| Marty Hierholzer and MJL Enterprises, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:23-CV-24 |
| Isabel Guzman and Small Business Administration | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Isabel Guzman and Small Business Administration                                                                .

Date:   02/09/2023                                                             /s/ Allan K. Townsend
                                                                                         *Attorney's signature*

                                                                                Allan K. Townsend (ME Bar No. 9347)
                                                                                    *Printed name and bar number*

                                                                              U.S. Department of Justice, Civil Rights Division
                                                                                          4 Constitution Square
                                                                                            150 M Street, NE
                                                                                          Washington, DC 20530
                                                                                                  *Address*

                                                                                    Allan.Townsend2@usdoj.gov
                                                                                              *E-mail address*

                                                                                            (202) 353-5343
                                                                                           *Telephone number*

                                                                                            (202) 514-1005
                                                                                              *FAX number*