UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| MARTY HIERHOLZER, an individual, | ) |
| and | ) |
| MJL ENTERPRISES, LLC, a Virginia corporation | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 2:23-cv-24 |
| SMALL BUSINESS ADMINISTRATION, et al., | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION TO DISMISS COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendants Isabel Guzman, Administrator of the Small Business Administration, and the Small Business Administration, through undersigned counsel, hereby respectfully move for dismissal of Plaintiffs' Complaint against both Defendants for lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted.  The grounds for this motion are fully explained in the brief filed with this motion.

Date: March 20, 2023

Respectfully submitted,
KAREN D. WOODARD
Chief
Employment Litigation Section
Civil Rights Division
United States Department of Justice

ANDREW BRANIFF (IN Bar No. 23430-71)
Deputy Chief

By: /s/ Allan K. Townsend
Allan K. Townsend (ME Bar No. 9347)
Ejaz H. Baluch, Jr. (MD Bar No. 1612130032)*
Trial Attorneys
Employment Litigation Section
Civil Rights Division
United States Department of Justice
150 M Street, N.E.
Washington, D.C. 20002
(202) 353-5343
Allan.Townsend2@usdoj.gov
Ejaz.Baluch@usdoj.gov
* Notice of Appearance will be filed once Court grants access to ECF system.

JESSICA D. ABER
UNITED STATES ATTORNEY

/s/ Virginia L. Van Valkenburg
Virginia L. Van Valkenburg
Assistant United States Attorney
Virginia State Bar No. 33258
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Tel: (757) 441-3217
Fax: (757) 441-6689
Virginia.VanValkenburg@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that I served the foregoing document on all counsel of record via the Court's electronic filing system on the date below.

Date: March 20, 2023 /s/ Allan K. Townsend