Legal Business Name: MJL Enterprises, LLC
Source: SAM.gov Data Bank

ATTACHMENT A

| Type of Set Aside | Dollars Obligated | Distinct PIID (Contracts) |
|---|---:|---:|
| SERVICE DISABLED VETERAN OWNED SMALL BUSINESS SET-ASIDE | $ 73,955,023.72 | 412 |
| SMALL BUSINESS SET ASIDE - TOTAL | $ 27,278,222.37 | 307 |
| NO SET ASIDE USED. | $ 21,173,355.00 | 2,670 |
|  | $ 5,365,195.96 | 327 |
| SDVOSB SOLE SOURCE | $ 2,104,019.39 | 13 |
| HUBZONE SOLE SOURCE | $ 18,839.32 | 1 |
| VETERAN SET ASIDE | $ 4,272.01 | 1 |
| **Grand Total** | **$ 129,898,927.77** | **3,630** |

| Funding Department | Dollars Obligated | Distinct PIID (Contracts) |
|---|---:|---:|
| DEPT OF DEFENSE | $ 82,803,257.85 | 2,941 |
| VETERANS AFFAIRS, DEPARTMENT OF | $ 16,322,822.59 | 305 |
| STATE, DEPARTMENT OF | $ 13,240,709.24 | 82 |
|  | $ 6,228,665.92 | 32 |
| HOMELAND SECURITY, DEPARTMENT OF | $ 4,818,694.77 | 50 |
| RAILROAD RETIREMENT BOARD | $ 1,739,391.28 | 71 |
| TREASURY, DEPARTMENT OF THE | $ 1,483,418.53 | 12 |
| HEALTH AND HUMAN SERVICES, DEPARTMENT OF | $ 1,193,440.03 | 43 |
| JUSTICE, DEPARTMENT OF | $ 875,064.62 | 42 |
| GENERAL SERVICES ADMINISTRATION | $ 610,879.40 | 42 |
| LABOR, DEPARTMENT OF | $ 203,007.60 | 4 |
| COMMERCE, DEPARTMENT OF | $ 102,161.89 | 5 |
| INTERIOR, DEPARTMENT OF THE | $ 99,348.56 | 5 |
| AGRICULTURE, DEPARTMENT OF | $ 50,810.93 | 4 |
| HOUSING AND URBAN DEVELOPMENT, DEPARTMENT OF | $ 32,989.00 | 1 |
| ENERGY, DEPARTMENT OF | $ 31,840.26 | 3 |
| OFFICE OF PERSONNEL MANAGEMENT | $ 21,406.25 | 1 |
| UNITED STATES AGENCY FOR GLOBAL MEDIA, BBG | $ 13,852.00 | 1 |
| ENVIRONMENTAL PROTECTION AGENCY | $ 13,200.00 | 1 |
| SOCIAL SECURITY ADMINISTRATION | $ 9,394.88 | 1 |
| NATIONAL SCIENCE FOUNDATION | $ 4,572.17 | 1 |
| **Grand Total** | **$ 129,898,927.77** | **3,630** |

Exhibit 1: Declaration of Sam Le

ATTACHMENT A

Legal Business Name: MJL Enterprises, LLC
Source: SAM.gov Data Bank

| Fiscal Year | Dollars Obligated | Distinct PIID (Contracts) |
|---|---:|---:|
| 2006 | $ 28,738.00 | 2 |
| 2007 | $ - | 1 |
| 2008 | $ 1,707,490.19 | 32 |
| 2009 | $ 8,590,567.42 | 69 |
| 2010 | $ 3,942,324.36 | 50 |
| 2011 | $ 6,071,762.54 | 62 |
| 2012 | $ 12,938,071.34 | 74 |
| 2013 | $ 8,895,652.27 | 65 |
| 2014 | $ 7,286,622.25 | 86 |
| 2015 | $ 6,324,424.63 | 344 |
| 2016 | $ 8,513,667.92 | 948 |
| 2017 | $ 6,806,591.15 | 508 |
| 2018 | $ 6,252,178.58 | 196 |
| 2019 | $ 7,564,619.15 | 212 |
| 2020 | $ 15,046,484.35 | 498 |
| 2021 | $ 17,609,802.06 | 659 |
| 2022 | $ 7,925,558.75 | 406 |
| 2023 | $ 4,394,372.81 | 94 |
| **Grand Total** | **$ 129,898,927.77** | **3,630** |

Exhibit 1: Declaration of Sam Le