UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| MARTY HIERHOLZER, an individual, | ) |
| and | ) |
| MJL ENTERPRISES, LLC, a Virginia corporation | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 2:23-cv-24 |
| SMALL BUSINESS ADMINISTRATION, et al., | ) |
| Defendants. | ) |

**DECLARATION OF SAM LE**

I, Sam Le, declare as follows under penalty of perjury:

1. I am the Small Business Administration's (SBA) Director for Policy Planning and Liaison. This position requires me to be familiar with federal government small business contracting. Among other things, I work with federal agencies to increase their contract spending with small businesses, including businesses that participate in SBA's procurement programs.

2. I searched the System for Award Management (SAM.gov) Data Bank on March 20, 2023, for all contract actions listed for MJL Enterprises, LLC. The SAM.gov Data Bank is publicly available at the following website: https://sam.gov/reports/awards/standard. The SAM.gov Data Bank allows users to run reports on Federal procurement data.

3. I pulled all of the entries from the SAM Data Bank for the legal business name MJL Enterprises, LLC, from October 1, 1999 through present.

4. Based on my search, the total number of contracts for MJL Enterprises, LLC, from Fiscal Year 2006 to present, was 3,630 with a total obligated dollar value of $129,898,927.77.

6. Of those obligations, $73,955.023.72 were awarded through Service Disabled Veteran Owned Small Business (SDVOSB) set-asides and an additional $2,104,019.39 were awarded as SDVOSB sole source awards.

7. Exhibit 1 are tables detailing the results of the search that I performed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  March 20, 2023                                *Sam Q. Le*
                                                           Sam Le

2