AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Marty Hierholzer and MJL Enterprises, LLC ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:23-CV-24 |
| Isabel Guzman and Small Business Administration ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Isabel Guzman and Small Business Administration.

Date: 03/21/2023

/s/ Ejaz H. Baluch, Jr.
*Attorney's signature*

Ejaz H. Baluch, Jr. (MD Bar No. 1612130032)
*Printed name and bar number*

U.S. Department of Justice, Civil Rights Division
4 Constitution Square
150 M Street, NE
Washington, DC 20530
*Address*

Ejaz.Baluch@usdoj.gov
*E-mail address*

(202) 532-3834
*Telephone number*

(202) 514-1005
*FAX number*