IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| Marty Hierholzer, an individual; MJL Enterprises, LLC, a Virginia corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Isabel Guzman, in her official capacity as Administrator of the Small Business Administration; Small Business Administration,<br><br>Defendants. | Civil Case No. 2:23-cv-00024-RAJ-DEM |

**PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Plaintiffs respectfully request a four-day extension to April 7, 2023, to file their Opposition to Defendants' Motion to Dismiss. In support of this motion, Plaintiffs state the following:

1. Plaintiffs' Opposition is currently due on April 3, 2023.

2. On March 31, 2023, new developments came to the parties' attention and the parties have had to devote substantial time and resources to confer about those developments.

3. Plaintiffs have not requested a previous extension, discovery has not commenced, and the requested extension would not alter any existing deadline.

4. Defendants do not oppose the relief sought in this motion. Defendants anticipate moving this Court separately to extend the deadline for Defendants' Reply Brief in Support of Defendants' Motion to Dismiss to April 19, 2023. Plaintiffs do not intend to oppose that motion.

Based on the foregoing, Plaintiffs respectfully request that the deadline for Plaintiffs' Opposition to Defendants' Motion to Dismiss be extended to April 7, 2023. A proposed order is attached to this motion.

DATED:  March 31, 2023.

Respectfully submitted,

| | |
|---|---|
| s/ Alison Somin<br>Alison Somin<br>Virginia Bar No. 79023<br>PACIFIC LEGAL FOUNDATION<br>3100 Clarendon Blvd., Suite 1000<br>Arlington, VA 22201<br>Telephone: (202) 888-6881<br>Fax: (916) 419-7747<br>ASomin@pacificlegal.org | s/ Wencong Fa<br>Wencong Fa*<br>Cal. Bar No. 301679<br>Joshua P. Thompson*<br>Cal. Bar No. 250955<br>PACIFIC LEGAL FOUNDATION<br>555 Capitol Mall, Suite 1290<br>Sacramento, CA 95814<br>Telephone: (916) 419-7111<br>Fax: (916) 419-7747<br>WFa@pacificlegal.org<br>JThompson@pacificlegal.org |

*Attorneys for Plaintiff*
*Pro hac vice

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2023, I submitted the foregoing to the Clerk of the Court via the District Court's CM/ECF system, which will provide notice of the submission of this document to all counsel of record.

s/ Alison Somin
Alison Somin
Virginia Bar No. 79023
PACIFIC LEGAL FOUNDATION
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
Telephone: (202) 888-6881
Fax: (916) 419-7747
ASomin@pacificlegal.org

*Attorney for Plaintiffs*