IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| Marty Hierholzer, an individual; MJL Enterprises, LLC, a Virginia corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Isabel Guzman, in her official capacity as Administrator of the Small Business Administration; Small Business Administration,<br><br>Defendants. | Civil Case No. 2:23-cv-00024-RAJ-DEM |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

This matter comes before this Court on Plaintiffs' Unopposed Motion for an Extension of Time to File Opposition to Defendants' Motion to Dismiss. Having considered the circumstances of Plaintiffs' request, and being fully advised, the Court hereby GRANTS Plaintiffs' Motion to extend the time to respond to the Motion to Dismiss to April 7, 2023.

IT IS SO ORDERED.

DATED: _____  _____
United States District Judge