UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| MARTY HIERHOLZER, an individual, | ) |
| and | ) |
| MJL ENTERPRISES, LLC, a Virginia corporation | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 2:23-cv-24 |
| SMALL BUSINESS ADMINISTRATION, et al., | ) |
| Defendants. | ) |

**DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE A REPLY BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS AND MEMORANDUM IN SUPPORT**

Defendants respectfully request that the Court extend their deadline to file a reply brief in support of their motion to dismiss (ECF No. 19) to April 19, 2023. Plaintiffs requested an extension of their deadline to file their opposition to Defendants' motion to dismiss to April 7, 2023, (ECF No. 22) and the Court has granted that request (ECF No. 23). Defendants require this extension of their reply brief deadline because they planned around the Plaintiffs' original opposition deadline and counsel for Defendants have other commitments. Defendants also request this extension because they anticipate that Plaintiffs' opposition to the motion to dismiss will discuss complex legal issues and Defendants will require longer than the standard six calendar days, prescribed by Local Rule 7(F)(1), to draft their reply.

Plaintiffs do not oppose the extension requested in this motion.  ECF No. 22 at ¶ 4.

Therefore, Defendants respectfully request that the Court extend their deadline to file a reply brief in support of their motion to dismiss to April 19, 2023. A proposed order is attached.

Date: April 5, 2023                                             Respectfully submitted,

OF COUNSEL:                                                     KAREN D. WOODARD
                                                                Chief
Eric S. Benderson                                               Employment Litigation Section
Associate General Counsel for Litigation                        Civil Rights Division
                                                                United States Department of Justice
David A. Fishman
Assistant General Counsel for Litigation                        ANDREW BRANIFF (IN Bar No. 23430-71)
                                                                Deputy Chief
Carol-Ann J. Hulme
General Attorney
U.S. Small Business Administration                              By: /s/ Allan K. Townsend
                                                                Allan K. Townsend (ME Bar No. 9347)
                                                                Ejaz H. Baluch, Jr. (MD Bar No. 1612130032)
                                                                Trial Attorneys
                                                                Employment Litigation Section
                                                                Civil Rights Division
                                                                United States Department of Justice
                                                                150 M Street, N.E.
                                                                Washington, D.C. 20002
                                                                (202) 353-5343
                                                                Allan.Townsend2@usdoj.gov
                                                                Ejaz.Baluch@usdoj.gov


                                                                JESSICA D. ABER
                                                                UNITED STATES ATTORNEY

                                                                /s/ Virginia L. Van Valkenburg
                                                                Virginia L. Van Valkenburg
                                                                Assistant United States Attorney
                                                                Virginia State Bar No. 33258
                                                                United States Attorney's Office
                                                                101 West Main Street, Suite 8000
                                                                Norfolk, Virginia 23510
                                                                Tel: (757) 441-3217
                                                                Fax: (757) 441-6689
                                                                Virginia.VanValkenburg@usdoj.gov

## **CERTIFICATE OF SERVICE**

  I certify that I served the foregoing document on all counsel of record via the Court's electronic filing system on the date below.

Date: April 5, 2023         /s/ Allan K. Townsend