UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| MARTY HIERHOLZER, an individual, | ) |
| and | ) |
| MJL ENTERPRISES, LLC, a Virginia corporation | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 2:23-cv-24 |
| SMALL BUSINESS ADMINISTRATION, et al., | ) |
| Defendants. | ) |

**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE A REPLY BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS**

Defendants' Unopposed Motion for an Extension of Time to File a Reply Brief in Support of Their Motion to Dismiss is hereby granted. Defendants shall file any reply brief in support of their motion (ECF No. 19) on or before April 19, 2023.

    SO ORDERED

Date:_____                       _____
                                                   United States District Judge