IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| Marty Hierholzer, an individual; MJL Enterprises, LLC, a Virginia corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Isabel Guzman, in her official capacity as Administrator of the Small Business Administration; Small Business Administration,<br><br>Defendants. | Civil Case No. 2:23-cv-00024-RAJ-DEM |

**Declaration of Marty Hierholzer in Support of
Plaintiffs' Opposition to Defendants' Motion to Dismiss**

I, Marty Hierholzer, declare under penalty of perjury that the following is true and correct to the best of my present knowledge, information and belief:

1. I am a citizen of the United States, over 18 years of age, and a Plaintiff in this matter.

2. I am the owner of Plaintiff MJL Enterprises, a limited liability company organized in the State of Virginia.

3. I have reviewed 13 C.F.R. § 124.104 entitled "Who is economically disadvantaged?" I believe I am an "economically disadvantaged" individual as defined in that regulation.

4. My net worth as calculated pursuant to 13 C.F.R. § 124.104(c)(2) is less than $850,000.

5. My adjusted gross income averaged over the three preceding years does not exceed $400,000.

1

6. The fair market value of all of my assets does not exceed $6.5 million.

Signed this 29TH day of March, 2023, at the City of Virginia Beach, State of Virginia.

[MJL ENTERPRISES, LLC CORPORATE SEAL COMMONWEALTH OF VIRGINIA]

Marty Hierholzer