IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| Marty Hierholzer, an individual; MJL Enterprises, LLC, a Virginia corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Isabel Guzman, in her official capacity as Administrator of the Small Business Administration; Small Business Administration,<br><br>Defendants. | Civil Case No. 2:23-cv-00024-RAJ-DEM |

**PLAINTIFFS' UNOPPOSED MOTION FOR
ORAL ARGUMENT ON DEFENDANTS' MOTION TO DISMISS**

Plaintiffs Marty Hierholzer and MJL Enterprises, LLC, a Virginia corporation, respectfully request oral argument on Defendants' Motion to Dismiss, which has been fully briefed and is currently pending before this Court. *See* ECF Nos. 19, 26, 27. Argument is necessary because this case presents constitutional issues of nationwide importance. In particular, this case concerns the legality of the race-based presumptions in the 8(a) program—which the government uses to set aside billions of dollars in federal contracts each year. Plaintiffs contend that the race-based presumptions violate both the equal protection component of the Due Process Clause and the nondelegation doctrine of the United States Constitution. *See* ECF No. 1.

The parties conferred by telephone on April 24, 2023. Defendants are unopposed to the relief sought in this motion. A proposed order is attached.

DATED:  April 24, 2023.

Respectfully submitted,

1

| | |
|---|---|
| s/ Alison Somin | s/ Wencong Fa |
| Alison Somin | Wencong Fa* |
| Virginia Bar No. 79023 | Cal. Bar No. 301679 |
| PACIFIC LEGAL FOUNDATION | Joshua P. Thompson* |
| 3100 Clarendon Blvd., Suite 1000 | Cal. Bar No. 250955 |
| Arlington, VA 22201 | PACIFIC LEGAL FOUNDATION |
| Telephone: (202) 888-6881 | 555 Capitol Mall, Suite 1290 |
| Fax: (916) 419-7747 | Sacramento, CA 95814 |
| ASomin@pacificlegal.org | Telephone: (916) 419-7111 |
| | Fax: (916) 419-7747 |
| | WFa@pacificlegal.org |
| | JThompson@pacificlegal.org |

*Attorneys for Plaintiff*
*Pro hac vice

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2023, I submitted the foregoing to the Clerk of the Court via the District Court's CM/ECF system, which will provide notice of the submission of this document to all counsel of record.

s/ Alison Somin
Alison Somin
Virginia Bar No. 79023
PACIFIC LEGAL FOUNDATION
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
Telephone: (202) 888-6881
Fax: (916) 419-7747
ASomin@pacificlegal.org

*Attorney for Plaintiffs*
