IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| Marty Hierholzer, an individual; MJL Enterprises, LLC, a Virginia corporation, | Civil Case No. 2:23-cv-00024-RAJ-DEM |
| Plaintiffs, | |
| v. | |
| Isabel Guzman, in her official capacity as Administrator of the Small Business Administration; Small Business Administration, | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION FOR ORAL ARGUMENT**

This matter comes before this Court on Plaintiffs' Unopposed Motion for Oral Argument. Having considered the circumstances of Plaintiffs' request, and being fully advised, the Court hereby GRANTS Plaintiffs' Motion for Oral Argument and will issue a separate order setting the matter for argument.

IT IS SO ORDERED.


DATED: _____          _____
                                    United States District Judge