IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| Marty Hierholzer, an individual; MJL Enterprises, LLC, a Virginia corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Isabel Guzman, in her official capacity as Administrator of the Small Business Administration; Small Business Administration,<br><br>Defendants. | Civil Case No. 2:23-cv-00024-RAJ-DEM |

**MOTION FOR WITHDRAWAL OF
WENCONG FA AS COUNSEL FOR PLAINTIFFS**

Pursuant to Local Civil Rule 83.1(H), Plaintiffs respectfully move this Court for leave of Wencong Fa of Pacific Legal Foundation to withdraw as counsel for Plaintiffs. Mr. Fa is leaving Pacific Legal Foundation effective June 1, 2023.

Plaintiffs continue to be represented by attorneys Alison Somin, Joshua Thompson, and Glenn Roper. Plaintiffs were notified of this change.

DATED:  May 22, 2023.

Respectfully submitted,

 s/ Alison Somin

Alison Somin
Virginia Bar No. 79023
PACIFIC LEGAL FOUNDATION
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
Telephone: (202) 888-6881
Fax: (916) 419-7747
ASomin@pacificlegal.org

Glenn E. Roper*
Colo. Bar No. 38723
PACIFIC LEGAL FOUNDATION
1745 Shea Center Dr., Suite 400
Highlands Ranch, CO 80129
Telephone: (916) 419-7111
Fax: (916) 419-7747
GERoper@pacificlegal.org

Joshua P. Thompson*
Cal. Bar No. 250955
Wencong Fa*
Cal. Bar No. 301679
PACIFIC LEGAL FOUNDATION
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
Fax: (916) 419-7747
JThompson@pacificlegal.org
WFa@pacificlegal.org

*Attorneys for Plaintiff*
* Pro hac vice

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2023, I filed the foregoing to the Clerk of the Court via

the District Court's CM/ECF system, which will send notice of the filing to all counsel of record.

s/ Alison Somin
Alison Somin
Virginia Bar No. 79023
PACIFIC LEGAL FOUNDATION
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
Telephone: (202) 888-6881
Fax: (916) 419-7747
ASomin@pacificlegal.org

*Attorney for Plaintiffs*