UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| MARTY HIERHOLZER, an individual, | ) |
| and | ) |
| MJL ENTERPRISES, LLC, a Virginia corporation | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 2:23-cv-24 |
| SMALL BUSINESS ADMINISTRATION, et al., | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION TO CONTINUE ORAL ARGUMENT**

For the reasons set forth in Defendants' brief in support of this motion, Defendants request that the Court continue the oral argument currently scheduled for January 31, 2024, until the Court has ruled on the stay motion concurrently filed with this motion. *See* ECF No. 36. Defendants sought Plaintiffs' concurrence in this motion and Plaintiffs declined to concur.

| | |
|---|---|
| Date: January 25, 2024 | Respectfully submitted, |
| OF COUNSEL: | KAREN D. WOODARD<br>Chief |
| Eric S. Benderson<br>Associate General Counsel for Litigation | Employment Litigation Section<br>Civil Rights Division<br>United States Department of Justice |
| David A. Fishman<br>Assistant General Counsel for Litigation | ANDREW BRANIFF (IN Bar No. 23430-71)<br>Deputy Chief |
| Carol-Ann J. Hulme<br>General Attorney<br>U.S. Small Business Administration | By: /s/ Allan K. Townsend<br>Allan K. Townsend (ME Bar No. 9347)<br>Trial Attorney<br>Employment Litigation Section<br>Civil Rights Division<br>United States Department of Justice<br>150 M Street, N.E.<br>Washington, D.C. 20002<br>(202) 353-5343<br>Allan.Townsend2@usdoj.gov |
| | JESSICA D. ABER<br>UNITED STATES ATTORNEY |
| | /s/ Virginia L. Van Valkenburg<br>Virginia L. Van Valkenburg<br>Assistant United States Attorney<br>Virginia State Bar No. 33258<br>United States Attorney's Office<br>101 West Main Street, Suite 8000<br>Norfolk, Virginia 23510<br>Tel: (757) 441-3217<br>Fax: (757) 441-6689<br>Virginia.VanValkenburg@usdoj.gov |

## **CERTIFICATE OF SERVICE**

      I certify that I served the foregoing document on all counsel of record via the Court's electronic filing system on the date below.

Date: January 25, 2024                                      /s/ Allan K. Townsend