UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

MARTY HIERHOLZER, an individual, )
)
and )
)
MJL ENTERPRISES, LLC, a Virginia )
corporation )
)
Plaintiffs, )
)
v. )   Case No. 2:23-cv-24
)
SMALL BUSINESS ADMINISTRATION, et )
al., )
)
Defendants. )

**DEFENDANTS' BRIEF IN SUPPORT OF
MOTION TO CONTINUE ORAL ARGUMENT**

Defendants respectfully request that, in light of the concurrently filed motion to stay, *see* ECF No. 36, the Court continue the oral argument currently scheduled for January 31, 2024, until the Court has ruled on the stay motion.  Defendants have conferred with counsel for plaintiffs, who have represented that they intend to oppose this motion.  In support of the motion, defendants state as follows:

On January 10, 2024, the Court issued an order setting oral argument for January 31, 2024, on defendants' motion to dismiss.

On January 24, 2024, defendants filed a motion to stay all further proceedings in this case until the sooner of 60 days after the issuance of a judgment in *Ultima Servs. Corp. v. United States Dep't of Agric.*, No. 2:20-cv-00041-DCLC-CRW (E.D. Tenn.), or the parties notify the Court as to whether any party intends to pursue an appeal. After starting preparations for the

hearing, it has become apparent that there would be no utility served in having this case move forward while *Ultima* is still pending.

"Continuances are generally granted at the discretion of the court." *Greene v. United States Dep't of Educ.*, 4:13cv79, 2013 WL 5503086, at *9 (E.D. Va. Oct. 2, 2013). Rule 16(b)(4) of the Federal Rules of Civil Procedure provides that a schedule imposed by the court "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4)*; see Faulconer v. Centra Health, Inc*., 808 F. App'x 148, 152 (4th Cir. 2020). Here, good cause exists to grant this motion for a continuance.

It would be an inefficient use of judicial and party resources to go forward with the oral argument while the motion to stay is still pending, as a stay of the case would obviate the need to conduct oral argument at this time. Importantly, the majority of the issues set forth in the motion to dismiss and related briefs are already obviated by the district court's decision in *Ultima*, given that the Small Business Administration's compliance with the *Ultima* court's order has resulted in the cessation of the use of race-based presumptions in its Section 8(a) program. Moreover, travel and preparation for the hearing will necessitate significant cost and use of time for the parties.

In addition, there would be no prejudice to plaintiffs as a result of a continuance of the oral argument pending a decision on the motion to stay. As explained in our stay motion, plaintiffs will suffer no injury as a result of a stay pending final disposition of *Ultima*; accordingly, a continuance would cause them no harm either. This is particularly so given that, if the Court denies the motion to stay, it can, in short order, set a new date for oral argument on the motion to dismiss.

For these reasons, defendants respectfully request that this Court continue the oral argument until such time as it issues a ruling on the motion to stay proceedings.

Date: January 25, 2024                    Respectfully submitted,

OF COUNSEL:                               KAREN D. WOODARD
                                          Chief
Eric S. Benderson                         Employment Litigation Section
Associate General Counsel for Litigation  Civil Rights Division
                                          United States Department of Justice
David A. Fishman
Assistant General Counsel for Litigation  ANDREW BRANIFF (IN Bar No. 23430-71)
                                          Deputy Chief
Carol-Ann J. Hulme
General Attorney
U.S. Small Business Administration        By: /s/ Allan K. Townsend
                                          Allan K. Townsend (ME Bar No. 9347)
                                          Trial Attorney
                                          Employment Litigation Section
                                          Civil Rights Division
                                          United States Department of Justice
                                          150 M Street, N.E.
                                          Washington, D.C. 20002
                                          (202) 353-5343
                                          Allan.Townsend2@usdoj.gov


                                          JESSICA D. ABER
                                          UNITED STATES ATTORNEY

                                          /s/ Virginia L. Van Valkenburg
                                          Virginia L. Van Valkenburg
                                          Assistant United States Attorney
                                          Virginia State Bar No. 33258
                                          United States Attorney's Office
                                          101 West Main Street, Suite 8000
                                          Norfolk, Virginia 23510
                                          Tel: (757) 441-3217
                                          Fax: (757) 441-6689
                                          Virginia.VanValkenburg@usdoj.gov

3

## <u>CERTIFICATE OF SERVICE</u>

I certify that I served the foregoing document on all counsel of record via the Court's electronic filing system on the date below.

Date: January 25, 2024                                <u>/s/ Allan K. Townsend</u>