IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| Marty Hierholzer, an individual; MJL Enterprises, LLC, a Virginia corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Isabel Guzman, in her official capacity as Administrator of the Small Business Administration; Small Business Administration,<br><br>Defendants. | Civil Case No. 2:23-cv-00024-RAJ-DEM |

**PLAINTIFFS' OPPOSITION TO DEFENDANTS'
MOTION TO CONTINUE ORAL ARGUMENT**

Plaintiffs Marty Hierholzer and MJL Enterprises, LLC, oppose Defendants' motion (ECF Nos. 38 & 39) to continue the oral argument scheduled for January 31. Defendants' request comes less than a week before the scheduled argument and is premised on alleged concerns about efficiency. But those concerns are outweighed by the harm to Plaintiffs from unnecessary delay in this case.

The Court issued an order for oral argument on Defendants' motion to dismiss more than two weeks ago. *See* ECF No. 35. Now, less than a week before the scheduled argument, Defendants ask the Court to stay the entire case and to continue the argument until after the Court rules on the stay motion. Plaintiffs will respond to the motion for a stay in due course. For now, they oppose the motion to continue next week's argument.

Defendants recognize that they need to show "good cause" to obtain a continuance. ECF No. 39, at 2. Yet their only argument is that it would be "inefficient" to hold oral argument because they have requested a stay of the case. The Court should not assume that Defendants' requested

stay will be granted, and requiring Defendants to defend their motion to dismiss does not impose an undue hardship on them. Furthermore, Defendants were aware of the *Ultima* decision last summer, yet waited for months to raise it as a purported basis for a stay in this case.

Contrary to Defendants' assertions, Plaintiffs would be harmed by a continuance because Plaintiffs' counsel has already booked travel and made plans to attend the argument. Rescheduling the argument at Defendants' behest would unnecessarily impose additional costs and burdens. Plaintiffs would also be prejudiced by additional delay in a case that was filed more than a year ago; the Court should proceed with the argument and promptly rule on Defendants' motion to dismiss.

Defendants' request for a continuance should be denied.

DATED: January 25, 2024.

s/ Alison Somin
Alison Somin
Virginia Bar No. 79027
PACIFIC LEGAL FOUNDATION
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
Telephone: (202) 888-6881
Fax: (916) 419-7747
ASomin@pacificlegal.org

Joshua P. Thompson*
Cal. Bar No. 250955
PACIFIC LEGAL FOUNDATION
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
Fax: (916) 419-7747
JThompson@pacificlegal.org

Glenn E. Roper*
Colo. Bar No. 38723
PACIFIC LEGAL FOUNDATION
1745 Shea Center Drive, Suite 400
Highlands Ranch, CO 80129
Telephone: (916) 419-7111
Fax: (916) 419-7747
GERoper@pacificlegal.org

*Attorneys for Plaintiff*
*Pro hac vice

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2024, I submitted the foregoing to the Clerk of the Court via the District Court's CM/ECF system, which will provide notice of the submission of this document to all counsel of record.

s/ Alison Somin
Alison Somin
Virginia Bar No. 79027
PACIFIC LEGAL FOUNDATION
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
Telephone: (202) 888-6881
Fax: (916) 419-7747
ASomin@pacificlegal.org
*Attorney for Plaintiffs*
