AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Marty Hierholzer and MJL Enterprises, LLC | ) |
| *Plaintiff* | ) |
| v. | ) |
| Isabel Guzman and Small Business Administration | ) |
| *Defendant* | ) |

Case No.   2:23-CV-24

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Isabel Guzman and Small Business Administration                                       .

Date:     01/31/2024

/s/Sosun Bae
*Attorney's signature*

Sosun Bae, DC Bar # 986159
*Printed name and bar number*
U.S. Department of Justice, Civil Rights Division
4 Constitution Square
150 M Street, NE
Washington, DC 20530

*Address*

sosun.bae@usdoj.gov
*E-mail address*

(202) 305-7568
*Telephone number*

(202) 514-1005
*FAX number*