UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | | |
|---|---|---|
| MARTY HIERHOLZER, an individual, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| MJL ENTERPRISES, LLC, a Virginia corporation | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 2:23-cv-24 |
| | ) | |
| SMALL BUSINESS ADMINISTRATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as

counsel for:

<u>Defendants Isabel Guzman and Small Business Administration</u>

Date: January 31, 2024                Respectfully submitted,

ANDREW BRANIFF (IN Bar No. 23430-71)

By: <u>/s/ Andrew Braniff</u>
Deputy Chief
Employment Litigation Section
Civil Rights Division
United States Department of Justice
150 M Street, N.E.
Washington, D.C. 20002
(202) 353-5343
andrew.braniff@usdoj.gov

2