# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*

## NORFOLK DIVISION

Wednesday, January 31, 2024

**MINUTE OF PROCEEDINGS IN** Open Court

**PRESENT**: THE HONORABLE Raymond A. Jackson, U.S. DISTRICT JUDGE

Deputy Clerk:   B. Peters                                              Reporter:   Carol Naughton, OCR

| Set:   11: 00 a.m. | Started: 11:00 a.m. | Ended: 11:25 a.m. |
|---|---|---|

| |
|---|
| Case No. 2:23cv24 |
| **Marty Hierholzer, et al.** |
| v. |
| **Isabel Guzman, et al.** |
| |
| |
| Attorneys Glenn Roper and Joshua Thompson appeared on behalf of the plaintiffs. |
| Attorneys Andrew Braniff, Allan Townsend, David Fishman, Sosun Bae, Eric Benderson, and Virginia Van Valkenburg appeared on behalf of the defendants. |
| |
| Matter came on for hearing re: ECF 19, Motion to Dismiss for Failure to State a Claim and for Lack of Jurisdiction, filed by defendants. |
| |
| Comments of the Court. |
| Arguments of counsel heard. |
| Court takes the matter under advisement. |
| |
| Court adjourned. |