UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**MARTY HIERHOLZER,**

and

**MJL ENTERPRISES, LLC,**
 *a Virginia corporation*

        Plaintiffs,

v.     Civil No.  2:23cv24

**ISABEL GUZMAN,**
*in her official capacity as Administrator*
*of the Small Business Administration*

and

**SMALL BUSINESS ADMINISTRATION,**

        Defendants.

## JUDGMENT IN A CIVIL CASE

**Decision by the Court.**  This action came for decision before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that** the Defendants' Motion to Dismiss (ECF No. 19, 20) is GRANTED. Plaintiffs' Complaint is dismissed.

DATED:  2/15/2024     FERNANDO GALINDO, Clerk

By _____/s/_____
D. Brandt, Deputy Clerk